Carlos PEREZ–ANDRADE, Petitioner,

v.

Loretta E. LYNCH, Attorney
General, Respondent.

No. 13–70937.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 20, 2015.

Carlos Perez–Andrade, Los Angeles,
CA, pro se.

Matthew B. George, OIL, U.S. Department of Justice, Washington, DC, Chief
Counsel ICE, Office of the Chief Counsel
Department of Homeland Security, San
Francisco, CA, for Respondent.

Before: SILVERMAN, BYBEE, and
WATFORD, Circuit Judges.

MEMORANDUM **

Carlos Perez–Andrade, a native and citizen of Mexico, petitions for review of the
Board of Immigration Appeals' order dismissing his appeal from an immigration
judge's decision denying his application for
asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under
8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings,
including adverse credibility findings. *See
Zamanov v. Holder,* 649 F.3d 969, 973 (9th
Cir.2011). We review de novo due process
challenges. *Barron v. Ashcroft,* 358 F.3d
674, 677–78 (9th Cir.2004). We deny the
petition for review.

Substantial evidence supports the agency's adverse credibility determination
based on the inconsistencies regarding
when Perez–Andrade experienced harm at
the hands of political rivals and when he
entered the United States, as well as the
vague nature of his testimony and declaration. *See Cortez–Pineda v. Holder,* 610
F.3d 1118, 1123–24 (9th Cir.2010) (change
in date of entry and inconsistencies regarding the date of past threats went to
the heart of the claim); *see also Singh v.
Ashcroft,* 367 F.3d 1139, 1143 (9th Cir.
2004) (lack of detail in testimony regarding
alleged political activities supported adverse credibility determination). We reject Perez–Andrade's contention that the
IJ failed to properly consider his explanations for the inconsistencies. *See Zamanov,* 649 F.3d at 974. In the absence of
credible testimony, Perez–Andrade's asylum and withholding of removal claims fail.
*See Farah v. Ashcroft,* 348 F.3d 1153, 1156
(9th Cir.2003).

Because Perez–Andrade's CAT claim
was based on the same statements that
were found not credible, and the record
does not otherwise compel the conclusion
that it is more likely than not he will be
tortured by or with consent or acquiescence of the government if returned to
Mexico, his CAT claim fails. *See Farah,*
348 F.3d at 1156–57. We reject Perez–
Andrade's contention that the agency violated due process in its analysis and rejection of his CAT claim. *See Lata v. INS,*
204 F.3d 1241, 1246 (9th Cir.2000) (requir-

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ing error to prevail on a due process claim).

Finally, we deny Perez–Andrade's motion to refer the case to mediation.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.